**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Cicero,<br><br>Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>Respondents. | No. CV-17-01213-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus. The Magistrate Judge to whom this case was assigned issued a Report and Recommendation ("R&R") on March 12, 2018 recommending that the Petition in this case be denied. Neither party has filed objections to the R&R.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object."). District courts are

| | |
|---|---|
| 1 | not required to conduct "any review at all . . . *of any issue* that is not the subject of an |
| 2 | objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 |
| 3 | U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of |
| 4 | the [report and recommendation] to which objection is made."). |
| 5 | As a result of the foregoing, |
| 6 | **IT IS ORDERED** that the Report and Recommendation (Doc. 13) is accepted and |
| 7 | adopted. The Petition is denied and dismissed, with prejudice. The Clerk of the Court |
| 8 | shall enter judgment accordingly. |
| 9 | Dated this 11th day of April, 2018. |

*/s/ James A. Teilborg*
James A. Teilborg
Senior United States District Judge